Frank Hudson
p o box 2373
Athens Tx. 75751
903-275-2421

To the 14ᵗʰ Court of Appeals,



I am writing in regards to an address change due to change and unfortunate situation of attorneyWilliam Maxwell..(see letter)

I Frank Hudson, the planiff in this case am requesting that any and all descions made on case # 14-14-00073 be sent to address above..

if you have any question please don't hesitate to call me at number above.

Thank you

Frank Hudson

# WILLIAM MAXWELL, P.L.L.C.

15821 FM 529, Box 298  Houston, Texas 77095
Telephone (713) 739-0663 Fax (713) 904-2474
E-Mail Address: info@williammaxwellpllc.com

**August 22, 2014**

Frank Hudson
P.O. Box 2373
Athens, TX

RE:  Case No. 14-14-00073;  Frank Hudson v Luther Forest;  In the 14th Court of Appeals

Dear Frank,

Due to sudden and personal reasons beyond his control, Mr. Maxwell has been forced to closed his law practice.  He will not be able to continue to represent you in the above matter.  You will need to find a new attorney.  Please let me know if you object.  We will be filing a Motion to Withdraw as soon as we hear from you.  Enclosed are your files. Please let me know if there is anything else we can do for you.

Regards,

*V. Huntsman*

Vivian Huntsman
Executive Assistant